

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00204-CR
_____

JAMIE RAY BARNES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Panola County, Texas
Trial Court No. 2021-C-078

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Appellant, Jamie Ray Barnes, pled guilty to evading arrest or detention with a previous conviction. *See* TEX. PENAL CODE ANN. § 38.04(b)(1) (Supp.). The trial court sentenced Barnes to two years in a state-jail facility but suspended the sentence in favor of placing him on community supervision for four years.[1] The State later moved to revoke Barnes's community supervision, alleging that he violated several of its terms. After a hearing, the trial court revoked Barnes's community supervision.

Via a single, consolidated brief, Barnes appeals his convictions, contending that the trial court failed to conduct an informal inquiry regarding whether he was competent to stand trial at the revocation hearing.

We addressed Barnes's arguments in detail in our opinion addressing his appeal in his companion appellate cause number 06-25-00189-CR, and we apply the same legal standard and analysis here as we did in his companion case. Because we conclude that the trial court conducted a sufficient inquiry, we affirm the trial court's judgment.

Jeff Rambin
Justice

Date Submitted:  May 18, 2026
Date Decided:   May 21, 2026

Do Not Publish

---

[1]In his companion appellate cause number 06-25-00189-CR, Barnes appeals his conviction for terroristic threat against a peace officer. *See* TEX. PENAL CODE ANN. § 22.07(c-1). In his companion appellate cause number 06-25-00203-CR, Barnes appeals his conviction for harassment of a public servant. *See* TEX. PENAL CODE ANN. § 22.11(b) (Supp.).